**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**CHRISTINE L. GUPTILL,**

                 **Plaintiff,**

       **v.**                          **5:08-CV-0077**

**MICHAEL J. ASTRUE**
**COMMISSIONER OF SOCIAL SECURITY,**

                 **Defendant.**
_____

**APPEARANCES:**                    **OF COUNSEL:**

Fine, Olin Law Firm                Thomas P. Welch, Esq.
716 Seventh North Street
Liverpool, NY 13066
Counsel for Plaintiff

Social Security Administration       Kristina D. Cohn, Esq.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278
Counsel for Defendant

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

<u>**ORDER**</u>

      The above matter comes to me following a Report-Recommendation by Magistrate Judge

Victor E. Bianchini, duly filed on the 28th day of April 2010.  Following ten days from the service

thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

      **ORDERED** that:

1.  The Report-Recommendation is hereby adopted in its entirety.

2.  The Commissioner's decision denying disability benefits is remanded for further proceedings in accordance with the Report-Recommendation and pursuant to sentence four of 42 U.S.C. Section 405(g).

3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: May 14, 2010
      Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge