# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**CHRISTINE L. GUPTILL**

    vs.                    **CASE NUMBER: 5:08-CV-77 (NAM/VEB)**

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.**     This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Victor E. Bianchini is adopted in its entirety and the Commissioner's decision denying disability benefits is remanded for further proceedings in accordance with the Report and Recommendation and pursuant to sentence four of 42 USC section 405(g).

All of the above pursuant to the order of the Honorable Chief Judge Norman A. Mordue, dated the 14th day of May, 2010.

DATED: May 14, 2010

                                                  Clerk of Court

                                                  s/

                                                  Joanne Bleskoski
                                                 Deputy Clerk